# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 2:20-cr-00206-JMG |
| : | |
| DAWAYNE BRIGGS : | |
| : | |

**ORDER**

**AND NOW**, this 10th day of March, 2021, following oral argument by the Parties on January 4, 2021 (ECF No. 63) and upon consideration of Defendant's Motion to Dismiss and Motion to Suppress (ECF No. 53), the Government's Responses in Opposition to Defendant's Motions (ECF Nos. 56, 57), and Defendant's Reply (ECF No. 58), **IT IS HEREBY ORDERED THAT**, for the reasons set forth in the accompanying Memorandum, Defendant's Motions are **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge